**Opinion issued April 19, 2013.**



In The

# Court of Appeals

For The

# First District of Texas

———

## NO. 01-13-00203-CV

———

## IN RE D. PATRICK SMITHERMAN, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator D. Patrick Smitherman filed a petition for writ of mandamus seeking relief from the trial court's order denying his motion to dismiss the underlying

suit.[1]   We requested and received a response from real party in interest the Commission for Lawyer Discipline.  We deny the petition for writ of mandamus.

**PER CURIAM**

Panel consists of Justices Keyes, Brown, and Huddle.

---

[1]   The underlying suit is *Commission for Lawyer Discipline v. David Patrick Smitherman*, No. 2010-10256, in the 129th District Court of Harris County, Texas. The respondent is the Honorable Richard Beacom.